Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Anthony S. Kim (Calif. Bar No. 225703)
akim@thepatentattorneys.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

Counsel for Petitioner
International Petroleum Products and Additives Company, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,<br><br>Petitioner,<br><br>v.<br><br>BLACK GOLD S.A.R.L.,<br><br>Respondent. | Case No. 3:19-cv-3004-JCS<br><br>**NOTICE OF SERVICE PURSUANT TO HAGUE SERVICE CONVENTION** |

Petitioner International Petroleum Products and Additives Company, Inc. ("IPAC") hereby provides notice that the following documents were served on or about July 31, 2019 upon Respondent Black Gold S.A.R.L., resident in the Principality of Monaco, pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"):

1) Petition to Confirm Arbitral Award and Enter Judgment Thereon (Dkt. No. 1), and French translation thereof;

2)     Joshi Declaration in Support of Petition and Motion to Confirm Arbitral Award and Enter Judgment Thereon ("Joshi Declaration"; Dkt. No. 4), and French translation thereof;

3)     Exhibit 1 to the Joshi Declaration (Dkt. No. 4-1), and French translation thereof;

4)     Exhibit 2 to the Joshi Declaration (Dkt. No. 4-2), and French translation thereof;

5)     Exhibit 3 to the Joshi Declaration (Dkt. No. 4-3), and French translation thereof; and

6)     Summons in a Civil Action (Dkt. No. 13), and French translation thereof.

Attached hereto as Exhibit 1 is a true and correct copy of the affidavit of the bailiff of the Court of Appeal of Monaco who effected service, and the documents that were served, consistent with the Hague Service Convention and Monegasque law.

Dated: August 5, 2019

*/s/ Vinay V. Joshi*
Vinay V. Joshi
vjoshi@thepatentattorneys.com
Anthony S. Kim
akim@thepatentattorneys.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

***Attorneys for Petitioner***
***International Petroleum Products and Additives Company, Inc.***