Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

Counsel for Petitioner
International Petroleum Products and
Additives Company, Inc.

LAW OFFICE OF PETER SCHNAITMAN
Peter Schnaitman, State Bar No. 218982
556 South Fair Oaks Ave., Ste. 351
Pasadena, CA 91105-2655
E-mail: peschnaitman@gmail.com
Telephone: (626) 202-1655
Facsimile: (626) 249-5407

BENJAMIN, HEATHER, IACIOFANO &
BITTER, LLC
Bradford C. Weber (Pro Hac Vice)
300 Pike Street, Ste. 500
Cincinnati, OH 45202
E-mail: bweber@bhiblaw.com
Telephone: (513) 721-5672
Facsimile: (513) 562-4388

Attorneys for Defendant/Respondent Black
Gold, S.A.R.L.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC., <br><br> Petitioner, <br><br> v. <br><br> BLACK GOLD S.A.R.L., <br><br> Respondent. | Case No. 4:19-cv-03004-YGR <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** <br><br> * as modified by the Court * <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil L.R. 6-2, International Petroleum Products and Additives Company, Inc. ("IPAC") and Black Gold S.A.R.L. (collectively, the "Parties") stipulate to entry of an extension of

1

time for IPAC to file a reply in support of its motion for attorneys' fees (ECF No. 44) and bill of costs (ECF No. 43), and request entry of an order confirming such extension.

Background – Civil L.R. 6-2(a)(1)

IPAC filed its motion for attorneys' fees and bill of costs on December 9, 2019. IPAC noticed the hearing for January 21, 2020. The opposition brief and any objections to the bill of costs are due no later than December 23, 2019. This would make IPAC's reply, if any, due on December 30, 2019, which is more than 21 days before the noticed hearing.

Counsel for IPAC has preexisting plans over the Christmas and New Year holidays, making it difficult to put together an appropriate response to expected objections. Thus, IPAC requests an extension of time until January 7, 2020 to file any replies. This will allow for appropriate preparation of any replies and will also ensure that any replies are filed at least 14 days before the noticed hearing. Black Gold does not oppose the requested extension.

Previous Time Modification – Civil L.R. 6-2(a)(2)

The Parties stipulated to one prior schedule modification. On November 20, 2019, the parties stipulated to a one week extension of time for IPAC to file the aforementioned motion for attorneys' fees and bill of costs. (ECF No. 41). On November 22, 2019, the Court granted the extension. (ECF No. 42).

Effect of Requested Modification on Case Schedule – Civil L.R. 6-2(a)(3)

The time modification requested herein will not have any effect on the schedule, because judgment has been entered, and no schedule is in place for this case.

Accordingly, the Parties request entry of the following scheduling order.

PROPOSED ORDER

IPAC shall have an extension of time to file (a) any reply in support of motion for attorneys' fees and costs and (b) any reply to objections to bill of taxable costs. The deadline for such replies shall be January 7, 2020.

Dated: December 18, 2019	Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Andrew T. Oliver*
　　　　　　　　　　　　　　　　　　Vinay V. Joshi
　　　　　　　　　　　　　　　　　　vjoshi@thepatentattorneys.com
　　　　　　　　　　　　　　　　　　Andrew T. Oliver
　　　　　　　　　　　　　　　　　　aoliver@atwiplaw.com

　　　　　　　　　　　　　　　　　　Amin Turocy & Watson LLP
　　　　　　　　　　　　　　　　　　160 West Santa Clara Street
　　　　　　　　　　　　　　　　　　Suite 975
　　　　　　　　　　　　　　　　　　San Jose CA 95113
　　　　　　　　　　　　　　　　　　Telephone: (650) 618-6481
　　　　　　　　　　　　　　　　　　Facsimile: (216) 696-8731

**Attorneys for Petitioner**
**International Petroleum Products and**
**Additives Company, Inc.**

Dated: December 18, 2019	Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Bradford C. Weber (with permission ATO)*
　　　　　　　　　　　　　　　　　　LAW OFFICE OF PETER SCHNAITMAN
　　　　　　　　　　　　　　　　　　Peter Schnaitman, State Bar No. 218982
　　　　　　　　　　　　　　　　　　556 South Fair Oaks Ave., Ste. 351
　　　　　　　　　　　　　　　　　　Pasadena, CA 91105-2655
　　　　　　　　　　　　　　　　　　E-mail: peschnaitman@gmail.com
　　　　　　　　　　　　　　　　　　Telephone: (626) 202-1655
　　　　　　　　　　　　　　　　　　Facsimile: (626) 249-5407

　　　　　　　　　　　　　　　　　　BENJAMIN, HEATHER, IACIOFANO &
　　　　　　　　　　　　　　　　　　BITTER, LLC
　　　　　　　　　　　　　　　　　　Bradford C. Weber (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　300 Pike Street, Ste. 500
　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　E-mail: bweber@bhiblaw.com
　　　　　　　　　　　　　　　　　　Telephone: (513) 721-5672
　　　　　　　　　　　　　　　　　　Facsimile: (513) 562-4388

**Attorneys for Defendant/Respondent Black Gold, S.A.R.L.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: December ____23____, 2019

_____
Yvonne Gonzalez Rogers
United States District Judge

4

STIPULATION FOR EXTENSION OF TIME RE ATTORNEYS' FEES AND COSTS
Case No. 4:19-cv-03004-YGR

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 18, 2019, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

*/s/ Andrew T. Oliver*
Andrew T. Oliver
