# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**BLACK GOLD S.A.R.L.,**<br><br>    Defendant. | CASE NO. 19-cv-03004-YGR<br><br>**ORDER VACATING HEARING** |

Currently pending before the Court is petitioner's motion for attorneys' fees and costs. (Dkt. No. 44.) Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion is appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for January 21, 2020. The Court will issue a written decision.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**