# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**BLACK GOLD S.A.R.L.,**<br><br>Defendant. | CASE NO. 19-cv-03004-YGR<br><br>**ORDER RE MOTION FOR ATTORNEYS' FEES AND COSTS** |

The Court assumes familiarity with the history of this case. On February 18, 2020, this Court entered an order granting in part and denying in part the motion for attorneys' fees and costs filed by petitioner International Petroleum Products and Additives Company, Inc. ("IPAC"). The Court ordered IPAC to file a supplemental statement with details on four categories of fees and costs, or else the Court would apply prescribed reductions to the amounts awarded.

On February 27, 2020, IPAC filed its supplemental statement. In it, IPAC agrees with the Court's proposed reductions with respect to three of the four relevant categories of fees and costs: (1) a 20% reduction to the number of hours worked between May 1 and October 31, 2019; (2) a 20% reduction, awarding $792.64, for preparing the binder of case authorities; and (3) a 35% reduction, awarding $10,293.41, related to the Zabaldano law firm's work.

IPAC thus provides supplemental information regarding only one category of fees: the hours worked by its attorneys after November 1, 2019. Specifically, IPAC submits attorney invoices for the time period from November 1, 2019 through January 31, 2020, as well as a spreadsheet totaling the number of hours worked (58.4) and the fees incurred ($24,820) during the same time period. Although the amount of fees incurred is larger than the $8,500 in estimated fees requested in IPAC's initial motion, in light of the evidence, the Court finds it appropriate to award the entire amount of $24,820.

Accordingly, respondent Black Gold, S.A.R.L. is **ORDERED** to pay IPAC a total of $83,905.01, comprised of $42,976.00 in fees for work performed between May 1, 2019 and October 1, 2019; $24,820 in fees for work performed after November 1, 2019; and $16,109.01 in costs.

**IT IS SO ORDERED.**

Dated: March 26, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**