UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,**<br><br>     Petitioner,<br><br>   vs.<br><br>**BLACK GOLD S.A.R.L.,**<br><br>     Respondent. | CASE NO.  19-cv-03004-YGR<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY; SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 97 |

Pending before the Court is the motion of respondent Black Gold S.A.R.L.'s counsel ("Counsel") to withdraw from representation of respondent in this action. Having carefully reviewed the motion and papers submitted, the Court finds the motion has merit, particularly given respondent's apparent failure to cooperate with and failure to pay Counsel. Further, given that judgment in this matter has been issued, the Court finds that corporate representation is not legally required. *See Product and Ventures International v. Axus Stationary (Shanghai) Ltd.*, Case No. 16-cv-669-YGR, ECF No. 291 (N.D. Cal. Jan. 22, 2019). Moreover, the Court finds that granting the motion would not result in any prejudice to petitioner International Petroleum Products and Additives Company, Inc.

The Court also notes that Counsel has provided notice of withdrawal to respondent. However, the notice does not appear to inform respondent of one aspect of proceeding without representation: If respondent does not keep the Court and other parties informed of its current address and telephone number, they will not be able to send respondent notices of actions that may affect it, including actions that may adversely affect its interests.

Thus, the Court **GRANTS** the motion to withdraw as counsel. However, the Court also **SETS** a compliance deadline for **9:01 a.m.** on **Friday, September 18, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. **No later than five**

**(5) business days** prior to said date, Counsel shall file a supplemental declaration indicating that Counsel has informed respondent of the above-referenced issue.  **The declaration shall include respondent's last known address and phone number to which the Court and other parties to the litigation may send notices.**  If compliance is complete, the compliance deadline will be taken off calendar and the withdrawal of counsel automatically will take effect.[1]

    IT IS SO ORDERED.

Dated: August 27, 2020

                                      YVONNE GONZALEZ ROGERS
                                      UNITED STATES DISTRICT COURT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion appropriate for decision without oral argument.

2