UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,

Plaintiff,

v.

BLACK GOLD S.A.R.L.,

Defendant.

Case No. 19-cv-03004-YGR   (RMI)

**GRANTING STIPULATION TO EXTEND TIME**

Re: Dkt. No. 206

The parties have agreed to a stipulation extending the deadlines related to Plaintiff International Petroleum Products and Additives Company's ("IPAC") Motion for Imposition of Civil Contempt. The agreed stipulation is accompanied by a declaration from Judgment Debtors Lorenzo and Sophia Napoleoni related to the reasons for the agreed stipulation. Having read and considered the stipulation and declaration, and for good cause appearing, the stipulation is GRANTED.

The deadlines related to IPAC's Motion shall be extended as follows:

1.  The deadline for Judgment Debtors to file a response is February 25, 2026.

2.  The deadline for IPAC to file a reply in support of the Motion is March 5, 2026.

3.  The hearing currently set for March 17, 2026, at 11:00 a.m. shall remain the same.

**IT IS SO ORDERED.**

Dated: February 5, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California