United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

INTERNATIONAL PETROLEUM PRODUCTS AND ADDITIVES COMPANY, INC.,

        Plaintiff,

    v.

BLACK GOLD S.A.R.L.,

        Defendant.

Case No.  19-cv-03004-YGR   (RMI)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 203

This matter is set for a show cause hearing on June 23, 2026, at 10:00AM, as to why the arrest warrants should not issue against Lorenzo and Sofia Napoleoni, and why counsel for the Napoleonis should not be sanctioned.

**IT IS SO ORDERED.**

Dated: June 1, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge