UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

International Petroleum Products and Additives Company, Inc.,

Judgment Creditor,

v.

Lorenzo Napoleoni, and Sofia Napoleoni,

Judgment Debtors.

**Case No. 4:19-cv-03004-YGR-RMI**

**[~~PROPOSED~~] ORDER TAKING THE ORDER TO SHOW CAUSE HEARING OFF CALENDAR**

**[~~PROPOSED~~] ORDER**

The oral hearing on the Order to Show Cause (ECF 221) is taken off calendar. The Court orders parties to submit a status report on or before six months from the date of this Order explaining the status of the European collections proceedings and explaining whether IPAC's motion for discovery sanctions is moot and should be dismissed.

.

**IT IS SO ORDERED.**

Dated: September 14, 2026

ROBERT M. ILLMAN

United States Magistrate Judge