UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

International Petroleum Products and Additives Company, Inc.,

Judgment Creditor,

v.

Lorenzo Napoleoni, and Sofia Napoleoni,

Judgment Debtors.

**Case No. 4:19-cv-03004-YGR-RMI**

**SUMMARY ORDER**

**SUMMARY ORDER**

1. On December 23, 2021, this Court issued Amended Judgment against Lorenzo Napoleoni and Sofia Napoleoni, jointly and severally, and in favor of International Petroleum Products and Additives Company, Inc. ("IPAC"). The Amended Judgment has five (5) pages, and each page has the following identifier at the top: "Case 4:19-cv-03004-YGR Document 159 Filed 12/23/21.") The Amended Judgment is final and non-appealable. Lorenzo Napoleoni and/or Sofia Napoleoni have not paid the Amended Judgment to IPAC.

2. The Amended Judgment is in the amount of $1,178,098.59 (USD) ("Judgment Amount"). Lorenzo and Sofia Napoleoni ("Napoleonis") also owe IPAC post-judgment interest from the date on which this Court first entered Judgment (November 11, 2019) to the date of payment. As of July 20, 2026, the Judgment Amount plus interest add up to $1,368,967.02 (USD).

3. Napoleonis appealed the Amended Judgment to the Court of Appeals for the Ninth Circuit ("Court of Appeals"). The Court of Appeals affirmed the Amended Judgment. Napoleonis do not have any further appeals available to them.

4. The reasoning of Court of Appeals is included in two Orders. The first Order is titled Opinion, which has 28 pages and the following identifier at the top of each page: "Case: 22-15109,

09/16/2024, ID: 12906947, DktEntry: 88-1." The second Order is titled Memorandum, which has 5 pages, and the following identifier at the top of each page: "Case: 22-15109, 09/16/2024, ID: 12906949, DktEntry: 89." Both these Orders are final and non-appealable.

5. The Court of Appeals awarded IPAC additional fees in the amount of $104,358.75 (USD). This amount was ordered in the Order dated May 27, 2025, which has 10 pages and the following identifier at the top of each page: "Case: 22-15109, 05/27/2025, ID: 12930209, DktEntry: 102." This sum is also subject to post-judgment interest starting on May 27, 2025, and as of July 20, 2026, the sum plus interest add up to $109,306.41.

6. The total amount owed by Napoleonis to IPAC as of July 20, 2026, is $1,478,273.43 (USD). Napoleonis have not paid IPAC anything as of the date of this Order and so IPAC may collect by attaching one or more assets of Lorenzo and/or Sofia Napoleoni, for example, bank accounts, real property, and/or interests in companies, wherever these assets may be located. Lorenzo and Sofia Napoleoni have indicated that they intend to oppose, in accordance with local European laws, the recognition and enforcement of the Amended Judgment in any European jurisdiction where Judgment Creditor intends to enforce it.

**IT IS SO ORDERED.**

Dated: September 14, 2026

ROBERT M. ILLMAN
United States Magistrate Judge